1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA ALLISON, #179741
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax: 916-498-5710
   Linda_Allison@fd.org
5
   Attorneys for Defendant
6  SALVADOR DOMINGUEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) Case No.  2:16-PO-00401-DB
                                  )
12              Plaintiff,        ) REQUEST FOR RULE 43 WAIVER (TELEPHONIC
                                  ) APPEARANCE) FOR ARRAIGNMENT; ORDER
13         vs.                    ) THEREON
                                  )
14 SALVADOR DOMINGUEZ,            )
                                  ) Judge: Hon. Deborah Barnes
15              Defendant.        )
                                  )
16 _____)

17

18         Pursuant to Rule 43(b)(2) of the Federal Rules of Criminal Procedure, defendant,

19 SALVADOR DOMINGUEZ, having been advised of his right to be present at all stages of the

20 proceedings, hereby requests that this Court permit him to waive his right to personally appear

21 for his arraignment, and that he be allowed to appear telephonically. Mr. Dominguez agrees that

22 his interest shall be represented at all times by the presence of his attorney, the Office of the

23 Federal Defender for the Eastern District of California, the same as if Mr. Dominguez were

24 personally present, and requests that this Court allow his attorney to represent his interests at all

25 times. This Court has the discretion under Rule 43(b)(2) to allow Mr. Dominguez to appear by

26 telephone or to be absent from the proceedings.

27

28

Mr. Dominguez is charged with one count of impersonating a peace officer in violation of California Penal Code (CPC) §538d(a) and one count of possessing a loaded firearm in a vehicle in violation of CPC §25850(a).

Mr. Dominguez currently resides in Texas and does not possess the funds that would be necessary for him to purchase a flight and hotel room in order to be present for the arraignment. Additionally, defense counsel has spoken with Mr. Dominguez over the phone and would be able to recognize his voice. Given this, this Court should exercise its discretion under Rule 43.

Accordingly, Mr. Dominguez respectfully requests the Court grant a waiver of his right and obligation to be personally present and that he be permitted to appear via telephone. Counsel will provide the telephone number to the courtroom deputy in advance of the hearing.

Dated: 03/17/2017

/s/ Salvador Dominguez
(Defendant)
Original retained by attorney

I agree and consent to my Client's waiver of appearance.

Dated: 03/17/2017

/s/ Linda C. Allison
LINDA C. ALLISON
Chief Assistant Federal Defender
Attorney for Defendant

IT IS SO ORDERED.

Dated:  March 20, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Waiver of Appearance                    -2-