PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SALVADOR DOMINGUEZ,<br><br>　　　　　　　　Defendant. | CASE NO. 2:17-CR-00049-DB<br><br>STIPULATION AND ORDER TO CONTINUE TRIAL, TRIAL CONFIRMATION HEARING, AND MOTION HEARING DATES<br><br>DATE: June 27, 2017<br>TIME: 10:00 a.m.<br>COURT: Hon. Deborah Barnes |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter is scheduled for a trial confirmation hearing on June 27, 2017, a hearing on motions *in limine* on July 10, 2017, and a jury trial on July 24, 2017.

2. Since the last status conference in this case, the United States learned that one of its key trial witnesses will be in mandatory military training during the months of July and August 2017 and, therefore, is unable to attend a trial in this matter during those months. Additionally, the parties are still in the process of exchanging discovery and other information that will be relevant to trial preparation or a potential resolution in this case. Given these circumstances, the parties seek to continue the trial date and related hearings as set forth below.

3. By this stipulation, the parties now jointly move to continue the trial, trial confirmation, and motion hearing dates as follows. The parties also now jointly move for the Court to set the following briefing schedule concerning motions.

| Event | Old Date | New Date |
| --- | --- | --- |
| Deadline to file motions *in limine* or other motions | N/A | July 11, 2017 |
| Oppositions to motions | N/A | July 21, 2017 |
| Replies re motions | N/A | July 28, 2017 |
| Hearing on motions *in limine* or other motions | July 10, 2017 | August 7, 2017 at 1:30 p.m. |
| Trial Confirmation Hearing | June 27, 2017 | August 22, 2017 at 10 a.m. |
| Trial Date | July 24, 2017 | September 11, 2017 at 9 a.m. |

4. It is further stipulated that the time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4. Further, the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: June 23, 2017 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ *Robert J. Artuz*<br>ROBERT J. ARTUZ<br>Special Assistant U.S. Attorney |
| Dated: June 23, 2017 | /s/ *Rachelle Barbour*<br>RACHELLE BARBOUR<br>Assistant Federal Defender<br>Counsel for Defendant<br>SALVADOR DOMINGUEZ |

**FINDINGS AND ORDER**

IT IS SO ORDERED, that the trial and hearing dates are continued and set as set forth above. The Court further finds that time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4, and that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

FOUND AND ORDERED

Dated: June 26, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE