HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SALVADOR DOMINGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR DOMINGUEZ,<br><br>Defendant. | Case No. 2:17-CR-00049-DB<br><br>**STIPULATED EXTENSION OF BRIEFING SCHEDULE AND PROPOSED ORDER**<br><br>Date:  August 22, 2017<br>Time:  10:00 AM<br>Judge:  Hon. Deborah Barnes |

IT IS HEREBY STIPULATED by and between the United States of America through Special Assistant United States Attorney ROBERT J. ARTUZ, attorney for Plaintiff, and defendant SALVADOR DOMINGUEZ, by and through his counsel, Chief Assistant Federal Defender LINDA C. ALLISON, and agree that the briefing schedule be extended as follows:

    Motions Due:                  July 17, 2017

    Opposition Due:            July 31, 2017

    Replies to Opposition Due:   August 7, 2017

    The motions hearing will be moved to August 22, 2017 at 10:00 a.m., to coincide with

/ / /

/ / /

/ / /

the trial confirmation hearing. The parties agree that the currently scheduled motions hearing date of August 7, 2017 be vacated.

Dated:  July 14, 2017

                                             Respectfully submitted,

                                             HEATHER E. WILLIAMS
                                             Federal Defender

                                             /s/ *Linda C. Allison*
                                             LINDA C. Allison
                                             Chief Assistant Federal Defender
                                             Attorney for Defendant
                                             SALVADOR DOMINGUEZ

DATED:  July 14, 2017                 PHILLIP A. TALBERT
                                             United States Attorney

                                             */s/ Robert J. Artuz*
                                             ROBERT J. ARTUZ
                                             Special Assistant U.S. Attorney
                                             Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that the new proposed briefing schedule is adopted.  The motions hearing set for August 7, 2017, is hereby vacated and set for August 22, 2017 at 10:00 a.m.

DATED: July 19, 2017

                                             /s/  DEBORAH BARNES
                                             UNITED STATES MAGISTRATE JUDGE