PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR DOMINGUEZ,<br><br>Defendant. | CASE NO. 2:17-CR-00049-DB<br><br>STIPULATION AND ] ORDER TO VACATE TRIAL CONFIRMATION AND MOTION HEARING, VACATE TRIAL DATE, AND SET CHANGE OF PLEA HEARING<br><br>DATE: August 22, 2017<br>TIME: 10:00 a.m.<br>COURT: Hon. Deborah Barnes |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a trial confirmation and motion hearing on August 22, 2017 and a jury trial on September 11, 2017.

2. Since the last status conference in this case, the parties have reached an agreement that will resolve this case. By this stipulation, the parties now jointly move to vacate the trial confirmation and motion hearing and the jury trial. The parties also now jointly move for the Court to set a change of plea hearing for September 19, 2017 at 9:00 a.m.

3. It is further stipulated that the time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4. Further, the ends of justice served in granting the

continuance and allowing the defendant further time to consult with his counsel outweigh the best interests of the public and the defendant to a speedy trial.

IT IS SO STIPULATED.

Dated: August 21, 2017                     PHILLIP A. TALBERT
                                           United States Attorney


                                           /s/ *Robert J. Artuz*
                                           ROBERT J. ARTUZ
                                           Special Assistant U.S. Attorney


Dated: August 21, 2017                     /s/ *Linda Allison*
                                           LINDA ALLISON
                                           Assistant Federal Defender
                                           Counsel for Defendant
                                           SALVADOR DOMINGUEZ


**FINDINGS AND ORDER**

IT IS SO ORDERED, that the trial and hearing dates are vacated as set forth above, and a change of plea hearing is set for September 19, 2017 at 9:00 a.m. The Court further finds that time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4, and that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded from August 22, 2017 to September 19, 2017.

FOUND AND ORDERED:

Dated: August 22, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE