HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
linda.allison@fd.org 916-498-5700/Fax 916-498-5710

Attorney for Defendant
SALVADOR DOMINGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-cr-00049-DB |
|---|---|
| Plaintiff, | ) REQUEST FOR RULE 43 WAIVER |
| | ) (TELEPHONIC APPEARANCE) FOR PLEA |
| vs. | ) AND SENTENCING; ORDER THEREON |
| SALVADOR DOMINGUEZ, | ) |
| | ) Judge: Hon. Deborah Barnes |
| Defendant. | ) |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Salvador Dominguez, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for his change of plea and sentencing, and that he be allowed to appear telephonically. Mr. Dominguez agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Mr. Dominguez were personally present, and requests that this Court allow his attorney to represent his interests at all times. *The government has no objection to Mr. Dominguez not being personally present, and does not object to a telephonic appearance.* This Court has the discretion under Rule 43(b)(2) to allow Mr. Dominguez to appear by telephone or to be absent from the proceedings.

Mr. Dominguez is charged with three counts: (1) carrying a loaded firearm in a vehicle in violation of Cal. Penal Code 25850(a), (2) impersonating a peace officer in violation of Cal.

Penal Code 538d(a), and (3) carrying a concealed firearm in violation of Cal. Penal Code 25400(a). On September 19, 2017, Mr. Dominguez will be entering a guilty plea to count 2 pursuant to a plea agreement. Count 2 charges him with impersonating a peace officer.  Pursuant to the agreement, the government will recommend that the remaining counts be dismissed, that Mr. Dominguez pay a fine of $150, a special assessment of $10, that he complete 100 hours of community service, that he process with the United States Marshalls, and that he be on two years of court probation terminable after a year upon satisfaction of all terms.

     Mr. Dominguez lives and works in Houston, Texas. He lives with his partner, their daughter, and his partner's daughter. He recently begun working for himself as a power washer and does not possess the funds that would be necessary for him to purchase a flight and hotel room to be present for the change of plea. Given that the case is a misdemeanor with a likely disposition of probation with a fine, this Court should exercise its discretion under Rule 43.

     Mr. Dominguez has appeared by telephone without incident for his arraignment on March 21, 2017 of this year.  Defense counsel will be able to recognize Mr. Dominguez's voice and would be able to represent to the Court that Mr. Dominguez is on the phone.

     Accordingly, Mr. Dominguez respectfully requests the Court grant a waiver of his right and obligation to be personally present and that he be permitted to appear via telephone. Counsel will provide the telephone number to the courtroom deputy in advance of the hearing.

Dated:  September 12, 2017

                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ LINDA C. ALLISON*
                                    LINDA C. ALLISON
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    SALVADOR DOMINGUEZ

///

///

///

I consent to the above.

Dated: September 12, 2017        /s/ Salvador Dominguez
                                 SALVADOR DOMINGUEZ
                                 Defendant

**O R D E R**

Good Cause Appearing, the above request for Defendant's waiver of personal appearance and request to appear via telephone at the change of plea hearing is granted by order of the court.

IT IS SO ORDERED.

Dated: September 12, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE