| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. ALLISON, #179741 |
| | Chief Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |

Attorneys for Defendant
SALVADOR DOMINGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00049-DB |
| Plaintiff, | **STIPULATED EXTENSION OF TELEPHONIC CHANGE OF PLEA HEARING AND ORDER** |
| v. | |
| SALVADOR DOMINGUEZ, | Date: September 19, 2017 |
| Defendant. | Time: 9:00 AM |
| | Judge: Hon. Deborah Barnes |

IT IS HEREBY STIPULATED by and between the United States of America through Special Assistant United States Attorney ROBERT J. ARTUZ, attorney for Plaintiff, and defendant SALVADOR DOMINGUEZ, by and through his counsel, Chief Assistant Federal Defender LINDA C. ALLISON, and agree that the telephonic change of plea hearing be extended to September 27, 2017 at 9:00 a.m.. The parties agree that the currently scheduled telephonic change of plea hearing date of September 19, 2017 be vacated.

The parties further stipulate and agree to exclude time from the date of this stipulation September 19, 2017 to September 27, 2017 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4). Further, the ends of justice in granting the continuance and allowing the defendant further time to consult with his counsel outweigh the best interests of the

/ / /

/ / /

1

public and the defendant to a speedy trial.

Dated: September 19, 2017

                                                  Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  /s/ *Linda C. Allison*
                                                  LINDA C. Allison
                                                  Chief Assistant Federal Defender
                                                  Attorney for Defendant
                                                  SALVADOR DOMINGUEZ

DATED: September 19, 2017         PHILLIP A. TALBERT
                                                  United States Attorney

                                                  /s/ *Robert J. Artuz*
                                                  ROBERT J. ARTUZ
                                                  Special Assistant U.S. Attorney
                                                  Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the new telephonic change of plea hearing date is adopted. The telephonic change of plea hearing set for September 19, 2017, is hereby vacated and set for September 27, 2017 at 9:00 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though September 27, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: September 20, 2017         /s/ DEBORAH BARNES
                                                  UNITED STATES MAGISTRATE JUDGE