

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF CALIFORNIA

FILED

SEP 27 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA,

Case Number: 2:17-CR-00049-DB

v.

**JUDGMENT IN CRIMINAL CASE**

## SALVADOR DOMINGUEZ

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

| Charge(s) Defendant Convicted of: | Nature of Charge(s) |
|---|---|
| Title 18 USC § 13; CPC § 538d(a) | Impersonating a Peace Officer |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **COURT PROBATION** for a term of 24 months. Your conditions of probation are as follows:

1. Your probation is unsupervised.
2. You shall not commit another federal, state, or local crime.
3. You shall notify the court and, if represented by counsel, your counsel, and government ten days prior to any change of address and contact number; and the following additional checked conditions:
☒ You shall pay a fine in the amount of $150.00 , a special assessment of $10 , for a total financial obligation of $160, due immediately. While on court probation and subject to any financial obligation of court probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.
☒ You shall perform 100 hours of community service, wherein at least 50 hours shall be completed by within the first 12 months, and the remaining hours, if any, shall be completed with the first 22 months of court probation, and the location of the service shall be approved in advance by the government, and the defendant shall submit proof of completion to the government.
☒ You shall report to an office of the U.S. Marshalls Service for processing upon conviction within the first 30 days of court probation.
☒ You shall notify counsel and the U.S. Attorney's Office within seventy-two (72) hours of being arrested.

☒ **PAY** a fine in the amount of $150 , a special assessment of $10 for a total financial obligation of $160 due immediately.

☐ **YOU ARE ALSO ORDERED TO APPEAR** for a REVIEW HEARING on _ at _ and ORDERED TO file a Status Report 14 days prior to your scheduled hearing. Please note that failure to appear could result in an arrest warrant being issued against you.

☒ **OTHER:** Once the defendant has served one-year of court probation, the defendant's probation term shall terminate immediately if the defendant fully complies with the above conditions.

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record for failure to pay. The check or money order must be made payable to: "CLERK- U.S.D.C." and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

Your check or money order **must** indicate **your name and case number** shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts are attached to your case for failure to pay.

DATED: 9/27/2017

*/s/ Deborah Barnes*

**Deborah Barnes**
United States Magistrate Judge

CRD Initials: PB